**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y**

★ APR 14 2010 ★

**BROOKLYN OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ALLSTATE INSURANCE COMPANY,
ALLSTATE INDEMNITY COMPANY,
ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY
AND ALLSTATE NEW JERSEY
INSURANCE COMPANY,
           Plaintiffs,

vs.

DANIEL LEVY A/K/A DIMA, ALEX LEVY A/K/A SASHA, HOI YAT KAM, M.D., SALVATORE LENTINI, D.C., YAN YAN YU A/K/A ANGELA, HAROUTYOUN TIKRANIAN, D.C., LAI FAN XUE, A/K/A LISA, CHENG HE SU, ALEKSANDRA GASHINSKAYA, M.D., BRONX SHERIDAN MEDICAL, P.C., NEW LITE BRONX MEDICAL, P.C., COMFORT CHIROPRACTIC, P.C., ALIGN CHIROPRACTIC CARE, P.C., QI BAO ACUPUNCTURE, P.C., TAI JI ACUPUNCTURE, P.C., DESMOND CONNELL, ESQ., MARY JIMENEZ, LLOYD MODESTO, RONALD SCHWARTZ, DAN MADRID, BEST STAR ADVERTISEMENT CORP., PRO-TWO MANAGEMENT CORP., AND UNITED MEDICAL BILLING & COLLECTION CORP.,
           Defendants.

Civil Action No._____

**AFFIDAVIT OF
RICHARD D. KING, JR.
IN SUPPORT OF MOTION
FOR ADMISSION
TO PRACTICE
PRO HAC VICE**

BLOCK, J.

POHORELSKY, M.J.

---

I, Richard D. King, Jr., being duly sworn, hereby deposes and says as follows:

1. I am a partner of the law firm of Smith & Brink P.C.

2. I submit this affidavit in support of my Motion for Admission to Practice *Pro Hac Vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing in the Bar of the United States District Court for the District of Massachusetts.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

Signed under the pains and penalties of perjury this 5 day of April, 2010.

Richard D. King, Jr.