UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ APR 14 2010 ★
BROOKLYN OFFICE

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY AND ALLSTATE NEW JERSEY INSURANCE COMPANY, <br><br>　　　　　　　　Plaintiffs, <br><br>vs. <br><br>DANIEL LEVY A/K/A DIMA, ALEX LEVY A/K/A SASHA, HOI YAT KAM, M.D., SALVATORE LENTINI, D.C., YAN YAN YU A/K/A ANGELA, HAROUTYOUN TIKRANIAN, D.C., LAI FAN XUE, A/K/A LISA, CHENG HE SU, ALEKSANDRA GASHINSKAYA, M.D., BRONX SHERIDAN MEDICAL, P.C., NEW LITE BRONX MEDICAL, P.C., COMFORT CHIROPRACTIC, P.C., ALIGN CHIROPRACTIC CARE, P.C., QI BAO ACUPUNCTURE, P.C., TAI JI ACUPUNCTURE, P.C., DESMOND CONNELL, ESQ., MARY JIMENEZ, LLOYD MODESTO, RONALD SCHWARTZ, DAN MADRID, BEST STAR ADVERTISEMENT CORP., PRO-TWO MANAGEMENT CORP., AND UNITED MEDICAL BILLING & COLLECTION CORP., <br><br>　　　　　　　　Defendants. | Civil Action No._____ <br><br>CV 10 - 1652 <br><br>BLOCK, J. <br><br>POHORELSKY, M.J. <br><br>**AFFIDAVIT OF** <br>**NATHAN A. TILDEN** <br>**IN SUPPORT OF MOTION** <br>**FOR ADMISSION** <br>**TO PRACTICE** <br>**PRO HAC VICE** |

I, Nathan A. Tilden, being duly sworn, hereby deposes and says as follows:

1. I am a partner of the law firm of Smith & Brink P.C.

2. I submit this affidavit in support of my Motion for Admission to Practice *Pro Hac Vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing in the Bar of the United States District Court for the District of Massachusetts.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

Signed under the pains and penalties of perjury this 5 day of April, 2010

_____
Nathan A. Tilden