Gary Tsirelman, Esq. (GT3489)
Attorney for Haroutyoun Tikranian, D.C.
Gary Tsirelman P.C.
65 Jay St. Third Floor
Brooklyn NY 11201
Tel 718 438 1200

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Allstate Insurance Company et al,**<br><br>Plaintiffs,<br><br>- against -<br><br>**Daniel Levy et al**<br><br>Defendants. | Index No.:  **CV 10-1652**<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Defendant Haroutyoun Tikranian, D.C. appears in this action by the undersigned attorneys and requests the Clerk to note his appearance in this case and to serve all notices and other papers in this action at 65 Jay Street 3rd Fl, Brooklyn, New York 11201.

Dated: Brooklyn, New York
July 27, 2011

Respectfully Submitted,
/s/
_____
Gary Tsirelman Esq.
Gary Tsirelman P.C.
65 Jay St. Third Fl.
Brooklyn NY 11201
Email: gtsirelman@gtmdjd.com